|  |  |
|---|---|
|  | **Form 704-8B** |
| UNITED STATES BANKRUPTCY COURT | Rev. 1/05 |
| WESTERN DISTRICT OF VIRGINIA |  |
| LYNCHBURG DIVISION |  |

In re:                                              )
                                                    )        **Chapter 7**
**CARROLL, JAMES LEWIS**          )        Case No.        <u>**09-62708**</u>
**JUDITH ANN CARROLL**              )
                                                    )
           **Debtors**                         )
_____  )


## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars has been sent to the Court with the request that such funds be deposited in the U.S. Treasury.


Date:   February 8, 2011                    /s/ Roy V. Creasy
                                                          Roy V. Creasy, Trustee
                                                          Suite 915, 213 South Jefferson Street
                                                          Roanoke, VA 24011-1735
                                                          (540) 342-0729